MARCELLA RABINOWITZ, an Infant, etc., Appellant, *v.* EVERGREEN AMUSEMENT CORPORATION, Respondent.

Supreme Court, Appellate Term, First Department, April, 1930.

*Max Seltzer*, for the appellant.

*Jenkins, Dimmick & Finnegan*, for the respondent.

PER CURIAM. Plaintiff was free from contributory negligence, having been directed by defendant's usher to proceed to the balcony for a seat, and there was a question for the jury to determine whether the construction of the steps created a dangerous condition which imposed upon defendant the duty of safeguarding them.

Judgment reversed and new trial ordered, with thirty dollars costs to appellant to abide the event.

BIJUR and PETERS, JJ., concur.

CALLAHAN, J. (dissenting). I dissent. (See *Decker* v. *Brooklyn Strand Theatre Co.*, 222 App. Div. 752; affd., 249 N. Y. 580.)